# Court of Appeals
# of the State of Georgia

ATLANTA,   July 26, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0447.  ROBERT EDWARD MORGAN, JR. v. THE STATE.**

Robert Edward Morgan, Jr., pled guilty to child molestation in October 2007, and his sentence included a period of probation.  After Morgan violated the terms of his probation, the State filed a petition for revocation.  On May 30, 2012, the trial court entered an order revoking a portion of Morgan's probation.  On July 2, 2012, Morgan filed this application for discretionary appeal.  We lack jurisdiction because Morgan's application is untimely.

OCGA § 5-6-35 (d) provides that applications for discretionary appeal must be filed within 30 days of entry of the order on appeal.  Morgan filed his application 33 days after the order was entered.  Accordingly, we lack jurisdiction to consider it, and it is hereby DISMISSED.  See *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).

The State has filed a motion to dismiss this application as untimely.  That motion is GRANTED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 07/26/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*